United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17602-pmm
Jennifer L Davies                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 1              Date Rcvd: Apr 01, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
db          +Jennifer L Davies,   310 Monaco Lane,   Blandon, PA 19510-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
      GEORGE M. LUTZ    on behalf of Debtor Jennifer L Davies glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com
      LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
      REBECCA ANN SOLARZ    on behalf of Creditor   NewRez LLC dba Shellpoint Mortgage Servicing et al bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York As Trustee For the Certificateholders of CWALT, INC., Alternative Loan Trust 2004-24CB, Mortgage Pass Through Certificates, Series 2004-24CB bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                     TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer L. Davies<br>　　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC dba Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon FKA The Bank of New York As Trustee For the Certificateholders of CWALT, INC., Alternative Loan Trust 2004-24CB, Mortgage Pass Through Certificates, Series 2004-24CB<br>　　　　　　Movant<br>　　vs. | NO. 19-17602 PMM |
| Jennifer L. Davies<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>　　　　　　Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 310 Monaco Lane, Blandon, PA 19510 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*

**Date: April 1, 2020**　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Jennifer L. Davies
310 Monaco Lane
Blandon, PA 19510

George M. Lutz, Esq.
Hartman, Valeriano, Magovern, Lutz, PC
1025 Berkshire Blvd.
Suite 700, P.O. Box 5828
Wyomissing, PA 19610

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532