United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer L Davies  
      Debtor

Case No. 19-17602-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 11, 2020  
                       Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
db            +Jennifer L Davies,   310 Monaco Lane,   Blandon, PA 19510-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
       GEORGE M. LUTZ    on behalf of Debtor Jennifer L Davies glutz@hvmllaw.com,
        amerkey@hvmllaw.com;r49419@notify.bestcase.com
       LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
       REBECCA ANN SOLARZ    on behalf of Creditor  NewRez LLC dba Shellpoint Mortgage Servicing et al
        bkgroup@kmllawgroup.com
       REBECCA ANN SOLARZ    on behalf of Creditor  The Bank of New York Mellon FKA The Bank of New York
        As Trustee For the Certificateholders of CWALT, INC., Alternative Loan Trust 2004-24CB, Mortgage
        Pass Through Certificates, Series 2004-24CB bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                            TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Jennifer L Davies  : Case No. 19−17602−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , May 11, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

25
Form 195